**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 9, 2018.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-18-00527-CV

---

### IN RE JOHN H. KRELL, D.D.S., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-43848**

---

## MEMORANDUM OPINION

On June 27, 2018, relator John H. Krell, D.D.S., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Brent Gamble, presiding judge of the 270th District Court of Harris

County, to vacate his May 11, 2018 order denying Krell's motion to dismiss filed pursuant to Texas Rule of Civil Procedure 91a.[1]

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.

---

[1] See Tex. R. Civ. P. 91a.